**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6804**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MALCOLM MALIK,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-96-15-V, CA-00-191-5)

───────────

Submitted:  August 15, 2002          Decided:  August 20, 2002

───────────

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Malcolm Malik, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Malik seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Malik</u>, Nos. CR-96-15-V; CA-00-191-5 (W.D.N.C. Mar. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>